# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AERA ENERGY LLC,     )
      )
     Plaintiff,    )
      )
v.      )     Civil Action No. 08-01614 (RJL)
      )
      )
KENNETH L. SALAZAR, Secretary, )
United States Department of    )
the Interior, *et al.*,     )
      )
     Defendants.    )

## ORDER AND FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion, it is this ____ day of March, 2010, hereby

**ORDERED** that the Plaintiffs' Motion for Summary Judgment [#18] is **DENIED**; it is further

**ORDERED** that the Defendants' Cross-Motion for Summary Judgment [#24] is

**GRANTED**; and it is further

**ORDERED** that judgment be entered for the defendants on all counts in the

Complaint.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge